UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
WYRZYKOWSKI, MICHAEL A

Case No. 10-50757 TJT
Chapter 7
HON. Thomas J. Tucker

_____Debtor._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Dr. Stephen Olson, MD<br>39373 Garfield<br>Clinton Township, MI. 48038 | 3 | $204.33 |
| | **TOTAL** | **$204.33** |

Dated: July 15, 2011

/S/ David W. Allard_____
Chapter 7 Trustee
2600 BUHL BUILDING,
535 GRISWOLD STREET
DETROIT, MI 48226
(313) 961-6141
Email: trusteeallard@allardfishpc.com
P23288